**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Scott James Scofield
Scofield, Gerard
P. O. Drawer 3028
Lake Charles LA 70602

Robert R. Rainer
Attorney at Law
8480 Bluebonnet Blvd, Ste D
Baton Rouge LA 70810

**REHEARING ACTION: August 12, 2015**

**Docket Number: 14   00413-CA consolidated with 414-CA**

**YESTERDAYS OF LAKE CHARLES, INC.**
**VERSUS**
**CALCASIEU PARISH SALES AND USE TAX DEPARTMENT**

**Appealed from Calcasieu Parish Case No. 2010-5554 C/W 2010-5555**

<u>**BEFORE JUDGES**</u>:

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**
    **Hon. Billy Howard Ezell**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Calcasieu Parish Sales and Use Tax Department** has this day

been

    **DENIED.**
    Conery, J., would grant the rehearing.

cc: David Robert Kelly, Counsel for the Appellee